**NOT FOR PUBLICATION**

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| ESTATE OF GINA CASELLA, et al., | CIVIL ACTION NO. 09-2306(MLC) |
| Plaintiffs, | **ORDER AMENDING** |
|  | **MEMORANDUM OPINION** |
| v. |  |
| THE HARTFORD LIFE INSURANCE COMPANY, et al., |  |
| Defendants. |  |

**IT IS** on this    11th    day of September, 2009, **ORDERED** that the Memorandum Opinion filed in this case on August 11, 2009 (dkt. entry no. 18), be amended as follows:

On page 2, delete "Decedent subsequently divorced Ralph Casella in November 2007, and sent a "Supplemental Life, AD&D, & LTD Insurance Enrollment Form" ("beneficiary change form") to Inverness, indicating her wish to change the Policy's primary beneficiary to her daughter, Marissa Casella.  (Id. ¶ 12; id., Ex. B.)" and replace it with "Decedent subsequently filed for divorce from Ralph Casella in November 2007, and sent a "Supplemental Life, AD&D, & LTD Insurance Enrollment Form" ("beneficiary change form") to Inverness, indicating her wish to change the Policy's primary beneficiary to her daughter, Marissa Casella.  (Id. ¶¶ 10-12; id., Ex. B.)"

                                        s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge